AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 8:58 am, May 10, 2024

United States of America
v.
NATHANIEL RUSSELL

)
)
)
)
)
)

Case: 1:24-cr-00226
Assigned to: Judge Howell, Beryl A.
Assign Date: 5/9/2024
Description: INDICTMENT (B)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NATHANIEL RUSSELL

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 and § 860(a) - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FORTY OR MORE OF OF FENTANYL WITHIN 1,000 FEET OF A PROTECTED LOCATION;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi) - UNLAWFUL DISTRIBUTION OF FORTY GRAMS OR MORE OF FENTANYL;

FORFEITURE: 21 U.S.C. § 853(a) and (p)

2024.05.09
16:42:48 -04'00'

*Issuing officer's signature*

Date:   05/09/2024

City and state:   WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 05/10/24, and the person was arrested on *(date)* 5/15/2024
at *(city and state)* Washington DC.

Date:   5/16/2024

*Arresting officer's signature*

Scott Brown TFO/FBI/MPD
*Printed name and title*